JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDEL A.,<br><br>                    Plaintiff,<br><br>          v.<br><br>MARTIN J. O'MALLEY, Commissioner<br>of Social Security,<br><br>                    Defendant. | NO. CV 23-6562-AGR<br><br>JUDGMENT |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the judgment is entered for the

defendant, the Commissioner of Social Security Administration.


DATED:  August 9, 2024

_____
ALICIA G. ROSENBERG
United States Magistrate Judge